LAUDERDALE-BY-THE-SEA DEVELOPMENT COMPANY, M. I. ANGLIN and SARAH A. ANGLIN and LAUDERDALE-BY-THE-SEA, *et al.*, v. E. N. FARBER.

197 So. 445

Special Division A

Opinion Filed July 26, 1940

*Roach & Hoyl,* for Appellants;
*G. H. Martin,* for Appellee.

PER CURIAM.—The record in this case has been carefully examined in the light of the briefs of the parties appellant and appellee and no error is clearly revealed. Therefore, it is the order that the decree of the chancellor be—

Affirmed.

TERRELL, C. J., and CHAPMAN and THOMAS, J. J., concur.

BUFORD, J., concurs in opinion and judgment.

Justices WHITFIELD and BROWN not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.